```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GARY ANTHONY,                         )
  On behalf of Himself and Others     ) Civil Action
  Similarly Situated,                 ) No. 06-CV-4419
                                      )
          Plaintiffs                  )
                                      )
              vs.                     )
                                      )
SMALL TUBE MANUFACTURING              )
  CORP., doing business as            )
  SMALL TUBE PRODUCTS CORP., INC.;    )
ADMIRAL METALS, INC.;                 )
TUBE METHODS, INC., and               )
CABOT CORPORATION,                    )
  Individually and as Successor in    )
  Interest to Cabot Berylco, Inc.,    )
  Kawecki Berylco Industries, Inc.    )
  and the Beryllium Corporation       )
  c/o C.T. Corporation Systems,       )
                                      )
          Defendants                  )
                                      )
              and                     )
                                      )
AMETEK, INC.;                         )
BRUSH WELLMAN, INC.; and              )
MILLENNIUM PETROCHEMICALS, INC.,      )
  formerly known as                   )
  National Distillers and             )
  Chemical Corporation,               )
                                      )
          Third-Party Defendants      )
```

O R D E R

NOW, this 27th day of September, 2007, upon consideration of the following documents:

    Plaintiff's Motion for Remand filed November 2, 2006, together with:

        (a)  Response of Small Tube

        Manufacturing, LLC's Motion Joining Cabot Corporation's Motion in Opposition to Plaintiff's Motion for Remand and Memorandum of Law in Opposition to Plaintiff's Motion for Remand, which response was filed November 20, 2006;

    (b)  Response of Defendant, Tube Methods, Inc. to Plaintiff's Motion for Remand, which response was filed November 20, 2006; and

    (c)  Cabot Corporation's Response to Plaintiff's Motion for Remand, which response was filed November 20, 2006;

after oral argument held June 28, 2007; and for the reasons expressed in the accompanying Opinion,

    <u>IT IS ORDERED</u> that Plaintiff's Motion for Remand is denied.

    <u>IT IS FURTHER ORDERED</u> that the request of defendant Cabot Corporation for its counsel fees and expenses in opposing plaintiff's motion is denied without prejudice for defendant

Cabot Corporation to file a formal motion for counsel fees and expenses.

                                      BY THE COURT:


                                       _/s/ James Knoll Gardner_
                                       James Knoll Gardner
                                       United States District Judge