```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GARY ANTHONY,                             )
  On behalf of Himself and Others         ) Civil Action
  Similarly Situated,                     ) No. 06-CV-4419
                                          )
          Plaintiff                       )
                                          )
            vs.                           )
                                          )
SMALL TUBE MANUFACTURING                  )
  CORP., doing business as                )
  SMALL TUBE PRODUCTS CORP., INC.;        )
ADMIRAL METALS, INC.;                     )
TUBE METHODS, INC., and                   )
CABOT CORPORATION,                        )
  Individually and as Successor in        )
  Interest to Cabot Berylco, Inc.,        )
  Kawecki Berylco Industries, Inc.        )
  and the Beryllium Corporation           )
  c/o C.T. Corporation Systems,           )
                                          )
          Defendants                      )
                                          )
            and                           )
                                          )
AMETEK, INC.;                             )
BRUSH WELLMAN, INC.; and                  )
MILLENNIUM PETROCHEMICALS, INC.,          )
  formerly known as                       )
  National Distillers and                 )
  Chemical Corporation,                   )
                                          )
          Third-Party Defendants          )

                        O R D E R

        NOW, this 28th day of September, 2007, upon

consideration of the Motion of Defendant Brush Wellman Inc. to

Dismiss Amended Third-Party Complaint, which motion was filed

January 26, 2007; upon consideration of Tube Methods, Inc.'s

Response to Motion to Dismiss of Defendant Brush Wellman, Inc. to

Dismiss Amended Third-Party Complaint, which response was filed

February 15, 2007; upon consideration of the Reply of Third-Party Defendant Brush Wellman Inc. to Tube Methods, Inc.'s Response to Motion to Dismiss Amended Third-Party Complaint, which reply brief was filed February 23, 2007; upon consideration of the memoranda of law filed by the parties; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that the Motion of Defendant Brush Wellman Inc. to Dismiss Amended Third-Party Complaint is denied.

<u>IT IS FURTHER ORDERED</u> that third-party defendant Brush Wellman Inc. shall have until October 19, 2007 to file an answer to Tube Methods, Inc.'s Amended Third-Party Complaint.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge