IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | |
|---|---|
| GARY ANTHONY,<br>  On behalf of Himself and Others<br>  Similarly Situated, | )<br>) Civil Action<br>) No. 06-cv-4419<br>) |
|   Plaintiff | )<br>) |
|   vs. | )<br>) |
| SMALL TUBE MANUFACTURING<br>  CORP., doing business as<br>  Small Tube Products Corp., Inc.;<br>ADMIRAL METALS, INC.;<br>TUBE METHODS, INC., and<br>CABOT CORPORATION,<br>  Individually and as Successor in<br>  Interest to Cabot Berylco, Inc.,<br>  Kawecki Berylco Industries, Inc.<br>  and the Beryllium Corporation<br>  c/o C.T. Corporation Systems, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|   Defendants | )<br>) |
|   and | )<br>) |
| AMETEK, INC.;<br>BRUSH WELLMAN, INC.; and<br>MILLENNIUM PETROCHEMICALS, INC.,<br>  formerly known as<br>  National Distillers and<br>  Chemical Corporation, | )<br>)<br>)<br>)<br>)<br>)<br>) |
|   Third-Party Defendants | ) |

O R D E R

NOW, this 30th day of September, 2008, upon

consideration of the following pleadings:

> (1)  Joint Motion for Summary Judgment filed
>      February 29, 2008 on behalf of defendant
>      Cabot Corporation and third-party defendant
>      Brush Wellman, Inc.;

(2)  Joinder of Defendants and Third-Party
     Defendants in Joint Motion for Summary
     Judgment, which joinder was filed
     February 29, 2008 on behalf of defendants
     Small Tube Manufacturing Corp., Admiral
     Metals, Inc. and Tube Methods, Inc. and
     third-party defendants Ametek, Inc. and
     Millennium Petrochemicals, Inc.;

(3)  Plaintiff's Opposition to Defendants' Joint
     Motion for Summary Judgment, which opposition
     was filed April 21, 2008; and

(4)  Reply in Support of Joint Motion for Summary
     Judgment, which reply was filed June 24, 2008
     on behalf of defendant Cabot Corporation and
     third-party defendant Brush Wellman, Inc.;

upon consideration of the briefs of the parties; after oral

argument held June 23, 2008; and for the reasons expressed in the

accompanying Opinion,

IT IS ORDERED that the Joint Motion for Summary

Judgment of all defendants is granted.

IT IS FURTHER ORDERED that summary judgment is granted

in favor of defendants Small Tube Manufacturing Corp., doing

business as Small Tube Products Corp., Inc.; Admiral Metals,

Inc.; Tube Methods, Inc.; and Cabot Corporation, Individually and

as Successor in Interest to Cabot Berylco, Inc., Kawecki Berylco

Industries, Inc. and the Beryllium Corporation c/o C.T.

Corporation Systems; and against plaintiff Gary Anthony, both

individually and in his representative capacity.

IT IS FURTHER ORDERED that plaintiff's Class Action

Complaint is dismissed.

-ii-

IT IS FURTHER ORDERED that the Joint Motion for Summary Judgment of third-party defendant Brush Wellman, Inc. and the joinder of third-party defendants Ametek, Inc. and Millennium Petrochemicals, Inc., formerly known as National Distillers and Chemical Corporation, are each dismissed as moot.

IT IS FURTHER ORDERED that in the event plaintiff becomes sensitized to beryllium, that is if and when he has a positive beryllium lymphocyte proliferation test (BeLPT), or develops chronic beryllium disease (CBD), the disposition of the within action shall not preclude plaintiff from filing any future action for medical monitoring as a result of the alleged beryllium exposure which is the subject of plaintiff's Class Action Complaint.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

-iii-